# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

FILED 20 NOV '25 12:53 USDC-ORE

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:25-cr-___493-MC___ |
| v. | **INDICTMENT** |
| ███████████████████████ ; <br> **DERINSON MARTINEZ-GRANDAS,** <br> aka **DENISON MARTINEZ-GRANDAS;** <br> ██████████ ; <br> ████████████████ , <br> ███████████████████ ; <br> ████████████████████ ; <br> ████████████████████ ; <br> **WILLIAM ESTIVEN RODRIGUEZ-GAVIRIA,** <br><br> Defendant. | **18 U.S.C. § 371** <br><br> **Forfeiture Allegation** <br><br> <u>**UNDER SEAL**</u> |

## THE GRAND JURY CHARGES:

### <u>COUNT 1</u>
**(Conspiracy to Commit Interstate Transportation of Stolen Goods)**
**(18 U.S.C. § 371)**

From on or about October 3, 2025, to on or about October 9, 2025, in the District of

Oregon and elsewhere, the defendants,

████████████████████████ ;

**DERINSON MARTINEZ-GRANDAS aka DENISON MARTINEZ-GRANDAS;**

███████████████ ;

██████████████████████████████ ;

██████████████████████ ;

████████████████████ ; and

**WILLIAM ESTIVEN RODRIGUEZ-GAVIRIA**

did knowingly and intentionally conspire and agree with each other and others unknown to thew Grand Jury to transport, transmit, and transfer in interstate and foreign commerce goods, wares, merchandise, and money, the value of which was at least $5,000, knowing the same to have been stolen, contrary to Title 18, United States Code, Section 2314.

## Objects of the Conspiracy

The goal of the conspiracy was to burglarize the residences of certain Asian business owners residing in at least Oregon and Washington, steal money, valuable jewelry, and other items, and then package for shipment and transport the stolen goods in interstate and foreign commerce, including, at least, between the Western District of Washington, District of Oregon, the Central District of California, and/or Colombia, all in order to sell them.

## Manner and Means

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

It was part of the conspiracy that defendants would drive from state to state and, at least in the District of Oregon and the Western District of Washington, secure short-term rentals and identify and surveil potential burglary victims at the victims' respective homes and businesses, which were Asian-owned restaurants or stores.

It was further part of the conspiracy that after learning the patterns of the victims, the defendants would conduct residential burglaries while the victims were likely not present within the homes. The investigation revealed that defendants typically communicated amongst themselves during the burglaries on seven-way calls via dedicated cellular devices. One or more of the defendants would establish lookout perimeters in the vicinity of the victims' residences, while others would approach the residence in a mask pretending to be delivering food. Once

**Indictment**                                                                                     **Page 2**

defendants believed their victims were not present, one or more co-conspirators would use destructive means to make entry into victims' rear glass windows and doors.

It was further a part of the conspiracy that once unlawful entry was made into victims' homes, the defendants would ransack these residences, either attempting to steal or actually stealing fungible items such as large amounts of United States and foreign currency, jewelry, and valuables, such as handbags and purses.

It was further a part of the conspiracy that upon the completion of a burglary, the defendants would return to their short-term rental unit, divide proceeds, and package said proceeds for transport, transfer, or transmittal in interstate and foreign commerce.

## Overt Acts

In furtherance of this conspiracy, and to effect and accomplish its objectives, defendants committed one or more of the following overt acts:

1. Beginning on or about September 30, 2025, defendants traveled in four vehicles ("Vehicles 1–4") through Nevada, Utah, Idaho, and then Washington. Vehicle 1 is registered to defendant █████████████████████████████████. Vehicle 2 is registered to defendant **DERINSON MARTINEZ-GRANDAS**. Vehicles 3 and 4 are registered to individuals known to the Grand Jury. Vehicles 1 and 2 arrived in the vicinity of Auburn, Washington on or about October 1, 2025. Vehicles 3 and 4 arrived in the vicinity of Auburn, Washington on or about October 2, 2025.

2. On an unknown date, but not later than September 30, 2025, defendant **DERINSON MARTINEZ-GRANDAS** secured a short-term rental in Tumwater, Washington with a reservation window starting on September 30, 2025, and concluding on October 6, 2025.

3.      On or around October 3, 2025, defendant ███████████████ ██████████ used a mapping application on a cellular device to tag the residential address of an individual of Asian descent who resides in Auburn, Washington ("Victim 1").  On or around October 3, 2025, the defendants burglarized, or aided and abetted one another in burglarizing, Victim 1's house ("Home 1") stealing approximately $6,000 to $7,000 in property composed of designer purses, watches, and other valuables from Victim 1.

4.      On or about October 3, 2025, the day of the burglary of Home 1, Vehicles 1–4 were detected in the vicinities of both Auburn and Tumwater, Washington.  That evening, defendant ████████████████████████████████ used a web browser to search *"cuanto cuesta este reloj,"* which is Spanish for *"how much does this watch cost."*

5.      On or about October 4, 2025, defendant ███████████████ photographed himself in or around Central Washington state holding a Rolex watch and later sent a text message to a Colombian phone number informing an individual known to the Grand Jury that she would be receiving a package with two women's watches.

6.      On or about October 4, 2025, defendant ██████████████ ███████ searched a phone number database for a particular number associated with an individual of Asian descent, as well as *"restaurantes chinos"* which is Spanish for *"Chinese restaurants."*

7.      On an unknown date, but not later than October 5, 2025, defendant **DERINSON MARTINEZ-GRANDAS** secured a short-term rental in Eugene, Oregon with a reservation window starting on October 5, 2025, and concluding on October 10, 2025.  Vehicles 1 and 2

arrived in the vicinity of Eugene, Oregon on or about October 5, 2025. Vehicles 3 and 4 arrived in the vicinity of Eugene, Oregon on or about October 6, 2025.

8. On October 6, 2025, defendant **WILLIAM RODRIGUEZ-GAVIRIA** sent a message to defendant **DERINSON MARTINEZ-GRANDAS** containing the address of a Eugene home ("Home 2") belonging to a family of Asian descent that operates an Asian restaurant ("Victim 2"). On or about October 6, 2025, defendants burglarized, or aided and abetted one another in burglarizing, Home 2, stealing an estimated $3,000 in cash and at least $1,000 in valuable jewelry from Victim 2.

9. On or about October 7, 2025, ███████████████ searched an online mapping tool for the address of an Asian-owned business in Gresham, Oregon, belonging to an individual of Asian descent ("Victim 3"). That same evening, a cellular device attributable to defendant ███████████████████████████ was in the close vicinity of Victim 3's home.

10. On or about October 8, 2025, defendants attempted to burglarize, or aided and abetted one another in attempting to burglarize, a Gresham home belonging to Victim 3 ("Home 3"). Defendants disabled the security cameras of Home 3 while attempting to burglarize it. During their attempt, defendant **WILLIAM RODRIGUEZ-GAVIRIA** posed as a food delivery person and attempted to enter Home 3 through a rear window but fled after being seen by Victim 3, who was present in the house.

11. On or about October 8, 2025, an individual unknown to the Grand Jury sent the contact information of a Colombian shipping company based in Los Angeles to defendant ███████ ██████████████████████████████████ and told him to "call this number." Defendant ██████████████████████ then called the Colombian shipping company three times.

12. On or about October 9, 2025, defendants traveled to Salem, Oregon. Specifically, **DERINSON MARTINEZ-GRANDAS** used a mapping application to search a specific residential address belonging to a family of Asian descent ("Victim 4"). That day, defendants burglarized, or aided and abetted one another in burglarizing, a Salem home belonging to Victim 4 ("Home 4"), stealing approximately $40,000 in property including luxury handbags, currency, and valuable jewelry including at least one culturally-significant ring from Victim 4.

13. On or about October 9, 2025, defendants ███████████████████████ ███████████, **DERINSON MARTINEZ-GRANDAS,** ███████████████ ████████████████████████████████████████ ██████████████████████████████, and **WILLIAM ESTIVEN RODRIGUEZ-GAVIRIA** returned to their short-term rental in Eugene, Oregon, and packaged stolen property to be transported, transmitted, or transferred from the District of Oregon to states and/or countries known and unknown to the Grand Jury.

All in violation of Title 18, United States Code, Section 371.

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, defendants shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: November 20, 2025                    A TRUE BILL.

███████████████████████
OFFICIATING FOREPERSON

Presented by:
SCOTT E. BRADFORD
United States Attorney

WILLIAM M. McLAREN, OSB#143836
Assistant United States Attorney